NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAY ANTHONY DOBYNS,**
*Plaintiff-Cross-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2015-5020, -5021

---

Appeals from the United States Court of Federal Claims in No. 1:08-cv-00700-FMA, Judge Francis M. Allegra.

---

**O R D E R**

Before TARANTO, LINN, AND CHEN, *Circuit Judges*.

PER CURIAM.

Jay Anthony Dobyns submits a notice of an indicative ruling by the United States Court of Federal Claims, pursuant to RCFC 62.1(a)(3), that the Court of Federal Claims would grant a motion if this court were to remand for the purposes of allowing that court to consider the motion. The United States has not responded.

Upon consideration thereof

IT IS ORDERED THAT:

(1) This court remands the case to the Court of Federal Claims for further proceedings pursuant to Fed. R. App. P. 12.1, but otherwise retains jurisdiction. The parties must promptly notify this court when the Court of Federal Claims has decided the motion on remand, pursuant to Fed. R. App. P. 12.1(b).

(2) The briefing schedule is stayed in this case.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s8