NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAY ANTHONY DOBYNS,**
*Plaintiff-Cross-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2015-5020, -5021, 2017-1214

---

Appeals from the United States Court of Federal Claims in No. 1:08-cv-00700-FMA, Chief Judge Patricia E. Campbell-Smith.

---

**ON MOTION**

---

**O R D E R**

Jay Anthony Dobyns moves unopposed to consolidate the above-captioned appeals. Mr. Dobyns also submits a status update in response to this court's December 18, 2014 and February 9, 2016 orders. The status update indicates that the United States Court of Federal Claims issued an order denying reconsideration on September 13, 2016 and that Mr. Dobyns filed an appeal from that order. Mr. Dobyns' new appeal has been docketed as 2017-1214.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The stay of the briefing schedule in 2015-5020, -5021 is lifted.

(2) The motion is granted. The above-captioned appeals are consolidated. The revised official caption is reflected above.

(3) The United States' principal brief is due no later than January 17, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32