FORM 8. Entry of Appearance                                                                                                   Form 8
                                                                                                                              Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Jay Anthony Dobyns  v.  United States

No. 2015-5020, -5021, 2017-1214

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Jay Anthony Dobyns
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☒ Cross Appellant

☐ Appellant      ☐ Appellee       ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | James Bernard Reed |
| Law Firm: | Baird, Williams & Greer, L.L.P. |
| Address: | 6225 North 24th Street, Suite 125 |
| City, State and Zip: | Phoenix, AZ  85016 |
| Telephone: | (602) 445-7720 |
| Fax #: | (602) 271-9308 |
| E-mail address: | jreed@bwglaw.net |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):     April 25, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  ☐ Yes     ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  November 29, 2016          Signature of pro se or counsel   *James Bernard Reed*

cc: _____

Reset Fields